UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAIJAH JABRIEL JACKSON,

Plaintiff,

v.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES, et al.,

Defendants.

No. 2:26-cv-1602 DJC SCR P

ORDER

Plaintiff is incarcerated in state prison and proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 27, 2026, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 7. Accordingly, by this order, the undersigned will vacate the July 13, 2026, findings and recommendations that this action be dismissed for failure to pay the filing fee. ECF No. 5.

Also on July 27, 2026, Plaintiff filed a first amended complaint ("FAC"). ECF No. 6. The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with

respect to such action." 28 U.S.C. § 1391(b).

Here, Plaintiff's FAC omits the allegations in the original complaint regarding High Desert State Prison. ECF No. 6. The defendants are located and the claim arose in Los Angeles County, which is in the Central District of California. Id. Therefore, plaintiff's claim should have been filed in the United States District Court for the Central District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974). That is what the undersigned will do here.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations that this action be dismissed for failure to pay the filing fee (ECF No. 5) are VACATED; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: August 5, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE